1

2

3

4

5 **Layne Hayden #230478**
**3805 N. West Ave.**
**Fresno, California  93705**
6 **Telephone (559) 264-4500**
**Facsimile (559) 264-4842**

7

**Attorneys for Plaintiff, David Mugridge**
8

9 <center>**UNITED STATES DISTRICT COURT**</center>

<center>**EASTERN DISTRICT OF CALIFORNIA**</center>
10

<center>**\* \* \* \* \***</center>
11

| | | |
|---|---|---|
| DAVID MUGRIDGE, | ) | CASE NO. 1:14-cv-01552-SMS |
| | ) | |
| Plaintiff, | ) | STIPULATION FOR DISMISSAL OF |
| | ) | ACTION; ORDER |
| vs. | ) | |
| | ) | |
| JUN BI HAWKINS, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

17 //

18 //

19 //

20 //

21 //

22 //

23 //

24 //

25 //

26 //

27

28 //

Mugridge v. Jun Bi Hawkins, et al.                                             Case no. 1:14-cv-01552
Stipulation for Dismissal; Order

        IT IS HEREBY STIPULATED by and between Plaintiff David Mugridge and Defendants

Linda Broten, trustee of the Linda Broten Separate Property Declaration of Trust, dated

10/7/2009, Jerilyn M. Weber, trustee of the Weber Trust dated 1/20/2011 and Jun Bi Hawkins,

individually and dba Manyi Massage, constituting all the parties in this action, by and through

their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the

above-captioned action be dismissed with prejudice in its entirety.


Dated: January 5, 2015                              /s/ Layne Hayden
                                                Layne Hayden, Attorney for Plaintiff,
                                                David Mugridge


Date: January 5, 2015                               /s/ Bruce A. Neilson
                                                Bruce A. Neilson, Attorney for Defendants,
                                                Linda Broten, trustee, Jerilyn M. Weber,
                                                trustee and Jun Bi Hawkins, individually and
                                                dba Manyi Massage


## ORDER

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

IT IS SO ORDERED.

   Dated:   **January 7, 2015**              **/s/ Lawrence J. O'Neill**
                                         UNITED STATES DISTRICT JUDGE